# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141447(62)

MICHIGAN BASIC PROPERTY
INSURANCE ASSOCIATION,
          Petitioner-Appellant,

v

THE OFFICE OF FINANCIAL AND
INSURANCE REGULATION and
COMMISSIONER OF THE OFFICE OF
FINANCIAL AND INSURANCE
REGULATION,
          Respondents-Appellees.
_____

SC: 141447
COA: 293766
Ingham CC: 08-000950-AA

On order of the Chief Justice, the joint motion by the parties to adjourn the oral argument pending legislative action bearing on the issues is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk